```
                    IN THE UNITED STATES DISTRICT COURT
                       NORTHERN DISTRICT OF ALABAMA
                            SOUTHERN DIVISION
```

FILED
02 JUN 19 AM 10:03
U.S. DISTRICT COURT
N.D. OF ALABAMA

| | | |
|---|---|---|
| WAUSAU INSURANCE COMPANIES, | ) | |
| PLAINTIFF, | ) | |
| VS. | ) | CV-01-H-1120-S |
| WOODS INDUSTRIES; THE HEARST CORPORATION, d/b/a Popular Mechanics; and WAL-MART STORES, INC., | ) ) ) ) | |
| DEFENDANTS. | | |

ENTERED
JUN 19 2002

## MEMORANDUM OF DECISION

The court has before it the May 15, 2002 motion of Woods Industries to dismiss this declaratory judgment action, the May 29, 2002 notice of filing by Woods in this court of a copy of the complaint filed May 24, 2002 in the Superior Court of Marion County Indiana, and the June 14, 2002 response of Wausau Insurance Companies to the motion to dismiss and to the May 31, 2002 order of the court. Having considered the foregoing and given due consideration to "real world" practicalities presented to this court and subsequently presented to the Superior Court of Marion County, Indiana, the court is of the opinion that the motion of Woods to dismiss this action, without prejudice between Wausau and Woods and with prejudice between Wausau and defendants The Hearst Corporation, d/b/a Popular Mechanics, and Wal-Mart

Stores, Inc., should be granted.  <u>See</u> <u>Wilton v. Seven Falls Co.</u>, 515 U.S. 277, 288 (1995). A separate order will be entered.

DONE this __19th__ day of June, 2002.

/s/ James H. Hancock<br>
SENIOR UNITED STATES DISTRICT JUDGE